## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

WILLIE E. PARKER  
        Debtor

Chapter 13

Case No.  17-11751-BFK

## ORDER CONFIRMING PLAN

    The Chapter 13 Plan filed by Willie E. Parker on May 24, 2017, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Plan**
Willie E. Parker
**Case #17-11751-BFK**

   (3) On June 21, 2017, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $400.00 per month for 18 months and then $827.00 per month for 18 months and then $1,524.00 per month for the remaining 24 months of the Plan in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

   (4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

   (5) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: _____        _____
                       Brian F. Kenney
                       United States Bankruptcy Judge

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
Willie E. Parker
**Case #17-11751-BFK**

**PARTIES TO RECEIVE COPIES**

Willie E. Parker
Chapter 13 Debtor
5785 Rockcliff Lane
Woodbridge, VA 22193

Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314